## CERTIFICATE OF SERVICE

I, Gregory A. Taylor, hereby certify that, on February 27, 2024, I caused one copy of the *Motion for Entry of (I) an Order (A) Approving Bidding Procedures for the Sale of Substantially All of the Debtor's Assets; (B) Scheduling an Auction and Sale Hearing and Approving the Form and Manner of Notice Thereof; and (C) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtor's Assets Free and Clear of All Liens, Claims, Interests and Encumbrances and (B) Granting Related Relief* to be served upon (i) all parties of record via CM/ECF; and (ii) the parties on the attached service list via electronic mail and/or U.S. First-Class Mail.

Dated: February 27, 2024
       Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

*/s/ Gregory A. Taylor*
Gregory A. Taylor (No. 4008)
Michael D. DeBaecke (No. 3186)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
Phone: (302) 654-1888
Email:      GTaylor@ashbygeddes.com
MDeBaecke@ashbygeddes.com

*Counsel for the Debtors and Debtors in Possession*

{01990847;v1 }

**CAPREF-1 2002 CREDITOR MATRIX**

| NAME | ATTN | ADD1 | ADD2 | CITY | ST | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|
| CINEWORLD GROUP PLC | Charlotte Berg | 8TH FLOOR | VANTAGE LONDON | GREAT WEST ROAD | BRENTWOOD | TW8 9AG | |
| CYPRESS ACQUISITION PARTNERS RETAIL FUND | | 8343 DOUGLAS AVENUE | SUITE 200 | DALLAS | TX | 75225 | |
| REGAL ENTERTAINMENT GROUP | LEGAL DEPARTMENT | 7312 REGAL LANE | | KNOXVILLE | TN | 37912 | |
| KEYSTONE REAL ESTATE LENDING FUND GP | Heston Nielson | 280 NORTH 200 WEST | SUITE 250 | BOUNTIFUL | UT | 84010 | heston@keystonenational.net |
| KKR REAL ESTATE AND FINANCE TRUST | JACK SWITALA | 9 WEST 57TH STREET | SUITE 4200 | NEW YORK | NY | 10019 | KREF-IR@kkr.com |
| DELAWARE DEPARTMENT OF JUSTICE | DELAWARE ATTORNEY GENERAL | CARVEL STATE BUILDING | 820 N. FRENCH STREET | WILMINGTON | DE | 19801 | ATTORNEY.GENERAL@STATE.DE.US |
| DELAWARE DIVISION OF REVENUE | BANKRUPTCY ADMINISTRATOR | 820 N. FRENCH STREET | 8TH FLOOR | WILMINGTON | DE | 19801 | WARREN.WOOD@DELAWARE.GOV |
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS | PO BOX 898 | | DOVER | DE | 19903-0898 | |
| DELAWARE SECRETARY OF STATE | CORPORATIONS FRANCHISE TAX | PO BOX 898 | | DOVER | DE | 19903 | DOSDOC_FTAX@STATE.DE.US |
| DELAWARE STATE TREASURY | LIZA DAVIS | 820 SILVER LAKE BLVD | SUITE 100 | DOVER | DE | 19904-2464 | LIZA.DAVIS@DELAWARE.GOV |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OP | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | SBSE.CIO.BNC.MAIL@IRS.GOV |
| AMPLEO AS RECEIVER | MATT MCKINLAY | 3300 TRIUMPH BLVD | SUITE 100 | LEHI | UT | 84043 | MMCKINLAY@AMPLEO.COM |
| BANK DIRECT CAPITAL FINANCE | LEGAL DEPARTMENT | 150 NORTH FIELD DRIVE | SUITE 190 | LAKE FOREST | IL | 60045 | soolutions@bankdirectcapital.com |
| SNELL & WILMER LLP | TROY J. ARAMBURU | GATEWAY TOWER WEST | 15 WEST SOUTH TEMPLE, SUITE 1200 | SALT LAKE CITY | UT | 84101-1547 | TARAMBURU@SWLAW.COM |
| SNELL & WILMER LLP | RAMINTA A. RUDYS | MODA TOWER | 601 SW SECOND AVE, STE 2000 | PORTLAND | OR | 97201 | RRUDYS@SWLAW.COM |
| CITY OF PORTLAND, OREGON | | 1221 SW 4TH AVENUE | ROOM 110 | PORTLAND | OR | 97201 | CITYINFO@PORTLANDOREGON.GOV |
| EASTGATE THEATRE, INC. | LEGAL DEPARTMENT | 7132 REGAL LANE | | KNOXVILLE | TN | 37918 | Jerry.Grewe@regalcinemas.com |
| US ATTORNEY | DISTRICT OF DELAWARE | 1313 N. MARKET STREET | PO BOX 2046 | WILMINGTON | DE | 19801 | |
| US ATTORNEY GENERAL | US DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVE, NW | | WASHINGTON | DC | 20530-0001 | USADE.PRESS@USDOJ.GOV |
| FIG FINANCIAL INSURANCE GROUP | LEGAL DEPARTMENT | 6206 N. DISCOVERY WAY | SUITE 102 | BOISE | IN | 83713 | boise@fignow.com |
| JOHNSON CONTROLS SECURITY SOLUTIONS | LEGAL DEPARTMENT | PO BOX 371967 | | PITTSBURGH | PA | 15250 | jennifer.edgell@jci.com |
| JOSEPH G. EPSTEIN PLLC | JOSEPH G. EPSTEIN | 24 GREENWAY PLAZA | SUITE 970 | HOUSTON | TX | 77046 | joe@epsteintexaslaw.com. |
| MULTNOMAH COUNTY, OREGON | LEGAL DEPARTMENT | SE HAWTHRONE BOULEVARD | SUITE 500 | PORTLAND | OR | 97214 | |
| NW NATURAL | LEGAL DEPARTMENT | 2610 SE 8TH AVENUE | | PORTLAND | OR | 97202 | |
| NATIONAL FIRE & MARINE INS CO | RISK PLACEMENT SERVICES | 527 WELLINGTON WAY | SUITE 350 | LEXINGTON | KY | 40503 | traci.williams@fignow.com bussol@pacificorp.com; |
| PACIFIC POWER | LLOYD CENTER TOWER | 825 N.E. MULTNOMAH ST | | PORTLAND | OR | 97232 | Bob.Gravely@pacificorp.com |
| TABOR LAW GROUP | TIMOTHY SOLOMON | 4110 SE HAWTHORNE BLVD | PMB 506 | PORTLAND | OR | 97214-9246 | TSOLOMON@PDX-LAW.COM |
| URBAN RENAISSANCE PROPERTY CO LLC | | JOSHUA GREEN BLDG | 1425 FOURTH AVE #200 | SEATTLE | WA | 98101 | Tom@urbanrengroup.com |
| OREGON ATTORNEY GENERAL | OREGON DEPARTMENT OF JUSTICE | 1162 COURT ST NE | | SALEM | OR | 97301-4096 | ATTORNEYGENERAL@DOJ.STATE.OR.US |
| EASTGATE THEATRE, INC. | CT CORPORATION SYSTEM | 780 COMMERCIAL ST SE | SUITE 100 | SALEM | OR | 97301-3465 | |
| NEW RCI HOLDINGS, INC. | CORPORATION TRUST CENTER | 1209 ORANGE STREET | | WILMINGTON | DE | 19801 | |
| NEW RCI HOLDINGS, INC. | LEGAL DEPARTMENT | 10737 CUTEN ROAD | | HOUSTON | TX | 77006 | |
| CAPREF LLOYD CENTER EAST LLC | TODD MINNIS | 4514 TRAVIS STREET | SUITE 208 | DALLAS | TX | 75204 | |
| ASHBY & GEDDES, P.A. | GREGORY A. TAYLOR & MICHAEL D. DEBAECKE | 500 DELAWARE AVE | SUITE 800 | WILMINGTON | DE | 19801 | GTAYLOR@ASHBYGEDDES.COM MDEBAECKE@ASHBYGEDDES.COM |
| ZION BANK | | P.O. BOX 26547 | | SALT LAKE CITY | UT | 84126-0547 | |
| JOSEPH G. EPSTEIN PLLC | JOSEPH G. EPSTEIN | 24 GREENWAY PLAZA | SUITE 970 | HOUSTON | TX | 77046 | JOE@EPSTEINTEXASLAW.COM |
| JACKSON WALKER LLP | MATTHEW D. CAVENAUGH; REBECCA BLAKE CHAIKIN ; VERONICA A. POLNICK | 1401 MCKINNEY STREET | SUITE 1900 | HOUSTON | TX | 77010 | MCAVENAUGH@JW.COM RCHAIKIN@JW.COM VPOLNICK@JW.COM |
| KIRKLAND & ELLIS LLP KIRKLAND & ELLIS INTERNATIONAL LLP | JOSHUA A. SUSSBERG, P.C.; CHRISTOPHER MARCUS, P.C.; CHRISTINE OKIKE, P.C.; CIARA FOSTER | 601 LEXINGTON AVENUE | | NEW YORK | NY | 10022 | joshua.sussberg@kirkland.com; christopher.marcus@kirkland.com; christine.okike@kirkland.com; ciara.foster@kirkland.com; |
| LANE POWELL PC | BRUCE H. CAHN | 601 SW SECOND AVE | STE 2100 | PORTLAND | OR | 97204 | CAHNB@LANEPOWELL.COM |
| SCHWABE, WILLIAMSON & WYATT, P.C. | JOEL A. PARKER; JESSICA A. SCHUH | 1211 SW Fifth Avenue Suite 1900 | | PORTLAND | OR | 97204 | JPARKER@SCHWABE.COM JSCHUH@SCHWABE.COM |
| Office of the United States Trustee | Richard L. Schepacarter | 844 King Street, Suite 2207 | Lockbox #35 | WILMINGTON | DE | 19801 | richard.schepacarter@usdoj.gov |
| Securities & Exchange Commission | | 100 F Street, NE | | WASHINGTON | DC | 20549 | |
| Securities & Exchange Commission | Andrew Calamari, Regional Director | Brookfield Place | 200 Vesey Street, Suite 400 | NEW YORK | NY | 10281–1022 | |